

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

One St. Andrew's Plaza
New York, New York 10007

June 14, 2022

**BY EMAIL**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED:

*[signature]*

HON. JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE

**Re:  *United States v. Saadah Masoud, 22 Mag. 5029***

Dear Judge Willis:

The Government respectfully requests that the complaint in the above-referenced case be unsealed.

Respectfully submitted,

Lindsey Keenan
United States Attorney

by: *[signature]*

Lindsey Keenan
Assistant United States Attorney
(212) 637-1565