## MEMORANDUM ENDORSEMENT

+

**Donald D. duBoulay**             **305 Broadway, Suite 310**
 Attorney at Law                           New York, NY 10007

Telephone: (212) 966-3970
Fax:            (212) 941-7108
E-mail:      dondubesq@aol.com

June 23, 2022

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Saadah Masoud
     22 M. 5029

Dear Judge Gorenstein:

     I write to respectfully request that the bail conditions securing Mr. Masoud's release be amended to allow Mr. Masoud to travel to Bloomfield New Jersey on Friday evening, June 24, 2022, to attend a wedding ceremony for a close family friend.

     I was appointed to represent Mr. Masoud at his initial appearance in Magistrate court, on June 14, 2022. Mr. Masoud was released pursuant to a personal recognizance bond in the amount of $75,000 co-signed by his mother and brother. He was also placed on home confinement. Mr. Masoud has a large family extended residing in Brooklyn, New York and his mother resides in New Jersey. I have consulted with Mr. Masoud's pre-trial officer who informs me that office policy does not approve of social visits for those on home detention and thus he does not consent to this application. The Government defers to pre-trials recommendation.

     If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc: Lindsey Keenan, Assistant U.S. Attorney (via ECF)

**No good reason having been given to alter the conditions of release, the application is denied.**

**SO ORDERED.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**June 23, 2022**