UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                        :    **INDICTMENT**

SAADAH MASOUD,                    :    22 Cr. ( )

         Defendant.           :    **22 CRIM 359**

- - - - - - - - - - - - - - - - x

## COUNT ONE
(Hate Crime Act)

The Grand Jury charges:

On or about April 20, 2022, in the Southern District of New York, SAADAH MASOUD, the defendant, did willfully cause bodily injury to a victim ("Victim-1") because of Victim-1's actual and perceived religion, and Victim-1's actual and perceived national origin, to wit, MASOUD repeatedly punched Victim-1 in the head and face, and dragged Victim-1 across a sidewalk, while Victim-1 was wearing an Israeli flag, causing bodily injury to Victim-1.

(Title 18, United States Code, Section 249(a)(1)(A))

_____          _____
FOREPERSON                       DAMIAN WILLIAMS
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SAADAH MASOUD,

Defendant.

INDICTMENT

22 Cr.

(18 U.S.C. § 249(a)(1)(A))

DAMIAN WILLIAMS
United States Attorney.

A TRUE BILL

_____  Foreperson.

Filed Indictment
Case assigned to Judge Cote.

KL
6/29/22

Stewart D. Aaron
U.S.M.J.