```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :
                                        :
                  -v-                   :     22cr359 (DLC)
                                        :
  SAADAH MASOUD,                        :     ORDER
                                        :
                            Defendant.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that conference regarding substitution of counsel for the defendant is scheduled to take place in person in Courtroom 18B, 500 Pearl Street, on **August 11, 2022 at 10:00 AM.**

    SO ORDERED:

Dated:    New York, New York
           August 1, 2022

                                                  _____
                                                         DENISE COTE
                                      United States District Judge