```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :       S1 22cr359 (DLC)
                                        :
SAADAH MASOUD,                          :          ORDER
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A superseding indictment having been returned by a grand jury, it is hereby

ORDERED that the defendant shall appear and be arraigned on the superseding indictment on November 1, 2022 at 1:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          October 17, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge