UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :    S1 22cr359 (DLC)
                                        :
SAADAH MASOUD,                          :        ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the arraignment on the superseding indictment scheduled for November 1 is moved to November 3, 2022 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:   New York, New York
         October 24, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge