```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :    S1 22cr359 (DLC)
                                        :
SAADAH MASOUD,                          :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In the event that the defendant wishes to bring a motion based on discovery produced on or after October 28, 2022, it is hereby

ORDERED that he may bring it on or before December 2, 2022. The Government's response to defendant's motions remains due December 9.

SO ORDERED:

Dated:   New York, New York
         November 3, 2022

                                     _____
                                              DENISE COTE
                                     United States District Judge