```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :    S1 22cr359 (DLC)
                                        :
SAADAH MASOUD,                          :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant in this matter is scheduled to enter a change of plea on November 22, 2022 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 10, 2022

_____
DENISE COTE
United States District Judge