MB3sMASa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                         22 CR 359 (DLC)

SAADAH MASOUD,

          Defendant.

------------------------------x

                                   New York, N.Y.
                                   November 3, 2022
                                   4:15 p.m.

Before:

                    HON. DENISE COTE,

                               District Judge

                      APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  LINDSEY KEENAN
     MITZI STEINER
     Assistant United States Attorneys

RHIDAYA TRIVEDI
     Attorney for Defendant

MB3sMASa

1           (Case called)
2           THE DEPUTY CLERK:  Is the government ready to proceed.
3           MS. KEENAN:  Yes, your Honor.  Lindsey Keenan and
4  Mitzi Steiner appearing for the government.
5           THE COURT:  For the defendant.
6           MS. TRIVEDI:  Rhidaya Trivedi of the Law Office of
7  Ronald Kuby.
8           Good afternoon, Judge.
9           THE COURT:  Good afternoon.  This is an arraignment on
10 the superseding indictment.  It bears the number S1 22 CR 359.
11          Mr. Masoud, please stand.
12          Have you received a copy of the superseding
13 indictment?
14          THE DEFENDANT:  Yes.
15          THE COURT:  Do you wish me to read it to you?
16          THE DEFENDANT:  No.
17          THE COURT:  How do you plead; guilty or not guilty?
18          THE DEFENDANT:  Not guilty.
19          THE COURT:  Thank you.  You may be seated.
20          We have a trial date in this case of February 21, and
21 I don't think there is anything else we need to address at
22 today's conference, but let me ask counsel.
23          Ms. Keenan, anything else?
24          MS. KEENAN:  Not from the government.  If your Honor
25 would like a report about the status of discovery, I'm happy to

MB3sMASa

1    provide it, and I believe Ms. Trivedi has an application.

2             THE COURT:  Yes, certainly.  Give me a report on the
3    status of discovery.

4             MS. KEENAN:  Since we last appeared before your Honor,
5    the government assisted in the transfer of discovery material
6    from former counsel, Mr. duBoulay, to present counsel,
7    Ms. Trivedi, and her partner Ronald Kuby.  We made a second
8    small discovery production of publicly available materials
9    located on the Internet and just today we made a third
10   discovery production to Ms. Trivedi.  Included in that
11   production were some materials that we received from the NYPD,
12   including a cell phone of a third party not charged in this
13   case for which we sought a separate search warrant.  Your Honor
14   was traveling at the time of that application, and so we
15   presented it to the duty magistrate judge.  Also included in
16   this production is a search warrant for the defendant's Google
17   account which we received information about from Google via a
18   subpoena after we charged the case, and a responsiveness review
19   of the defendant's own iCloud account.  So although we already
20   had produced the entirety of the account, the materials that we
21   marked responsive to the warrant are produced in this
22   production.

23            THE COURT:  Thank you.

24            Ms. Trivedi, anything you wish to raise with me?

25            MS. TRIVEDI:  Judge, Mr. Kuby and I were wondering,

MB3sMASa

1  we're currently looking at being on trial for the last
2  six weeks of the year.  Understanding that the trial date is a
3  firm date, is there any slack in the motion schedule, given the
4  fact that I've just received additional discovery today?
5          I believe our motions are currently due next week.  Is
6  it possible to adjourn a week or two?
7          THE COURT:  Why don't we keep the motion schedule as
8  it is except for any recent production, of course.  If you want
9  to make additional motions, that's fine.
10         MS. TRIVEDI:  Understood, Judge.
11         THE COURT:  Good.
12         Thank you, counsel.
13         (Adjourned)