```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :     S1 22cr359 (DLC)
                                         :
SAADAH MASOUD,                           :         ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received a report from Pretrial Services regarding the defendant's multiple violations of his pretrial conditions of release, it is hereby

ORDERED that a bail violation hearing is scheduled for February 3, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         February 1, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge