```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    22cr359 (DLC)
   UNITED STATES OF AMERICA,         :
                                     :         ORDER
              -v-                    :
                                     :
   SAADAH MASOUD,                    :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the February 3, 2023 hearing, it is hereby

ORDERED that the defendant Saadah Masoud (USM #05983-510) is remanded to the custody of the United States Marshal's Service.

SO ORDERED:

Dated:   New York, New York
         February 3, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge